# EXHIBIT A

# 2020 EADA Survey

Institution: (243744)                                                        User ID: E2437441

## Screening Questions

Please answer these questions carefully as your responses will determine which subsequent data entry screens are appropriate for your institution.

**1. How will you report Operating (Game-day) Expenses?**

   ⦿ By Team       ○ Per Participant

**2. Select the type of varsity sports teams at your institution.**

   ☑ Men's Teams

   ☑ Women's Teams

   ✅ ☑ Coed Teams

**3. Do any of your teams have assistant coaches?**

   ⦿ Yes

     ☑ Men's Teams

     ☑ Women's Teams

     ☑ Coed Teams

   ○ No

If you save the data on this screen, then return to the screen to make changes, note the following:
1) If you select an additional type of team remember to include associated data for that type of team on subsequent screens;
2) If you delete a type of team but have already entered associated data on other screens, all associated data for that type of team will be deleted from subsequent screens. However, because the survey system has to recalculate the totals, you must re-save every screen.

## Sports Selection - Men's, Women's and Coed Teams

Select the varsity sports teams at your institution.

| Sport | Men's | Women's | Coed | Sport | Men's | Women's | Coed |
|---|---|---|---|---|---|---|---|
| Archery | ☐ | ☐ | ☐ | Badminton | ☐ | ☐ | ☐ |
| Baseball | ☑ | | | Basketball | ☐ | ☑ | ☐ |
| Beach Volleyball | ☐ | ☑ | ☐ | Bowling | ☐ | ☐ | ☐ |
| Cross Country | ☑ | ☑ | ☐ | Diving | ☐ | ☐ | ☐ |
| Equestrian | ☐ | ☐ | ☐ | Fencing | ☑ | ☑ | ☐ |
| Field Hockey | | ☑ | | Football | ☑ | | |
| Golf | ☑ | ☑ | ☐ | Gymnastics | ☐ | ☑ | ☐ |
| Ice Hockey | ☐ | ☐ | ☐ | Lacrosse | ☐ | ☑ | ☐ |
| Rifle | ☐ | ☐ | ☐ | Rodeo | ☐ | ☐ | ☐ |
| Rowing | ☑ | ☑ | ☐ | Sailing | ☐ | ☑ | ☑ |
| Skiing | ☐ | ☐ | ☐ | Soccer | ☑ | ☑ | ☐ |
| Softball | | ☑ | | Squash | ☐ | ☑ | ☐ |
| Swimming | ☐ | ☐ | ☐ | Swimming and Diving (combined) | ☑ | ☑ | ☐ |
| Synchronized Swimming | | ☑ | | Table Tennis | ☐ | ☐ | ☐ |
| Team Handball | ☐ | ☐ | ☐ | Tennis | ☑ | ☑ | ☐ |
| Track and Field (Indoor) | ☑ | ☑ | ☐ | Track and Field (Outdoor) | ☐ | ☐ | ☐ |
| Track and Field and Cross Country (combined) | ☐ | ☐ | ☐ | Volleyball | ☑ | ☑ | ☐ |
| Water Polo | ☑ | ☑ | ☐ | Weight Lifting | ☐ | ☐ | ☐ |
| Wrestling | ☑ | ☐ | ☐ | Other Sports **(Specify sports in the caveat box.)\*** | | ☑ | ☐ |

**Caveat:**
The caveat on this screen is for internal use and does not appear on the EADA Dissemination Website (public site). If you want information to appear on the public site, enter it on the Athletic Participation screen.

- Women's lightweight rowing is included under "Other Sports."
- Men's and Women's Outdoor Track and Field did not compete in 2019-2020 due to COVID-19.

* If you indicated in the caveat box that your other sports are Dancing and/or Cheerleading, please specify in the caveat box that these are competitive varsity teams (i.e., not pep squads).

---

If you save the data on this screen, then return to the screen to make changes, note the following:
1) If you select an additional team remember to include associated data for that sport on subsequent screens;
2) If you delete a sport but have already entered associated data on other screens, all associated data for that sport will be deleted from subsequent screens. However, because the survey system has to recalculate the totals, you must re-save every screen.

# Athletics Participation - Men's, Women's and Coed Teams

Enter the number of participants as of the day of the first scheduled contest.

| Varsity Teams | Men's Teams | Women's Teams |
|---|---|---|
| Baseball | 35 | |
| Basketball | 15 | 15 |
| Beach Volleyball | | 15 |
| Cross Country | 24 | 18 |
| Fencing | 14 | 15 |
| Field Hockey | | 23 |
| Football | 102 | |
| Golf | 9 | 10 |
| Gymnastics | 22 | 17 |
| Lacrosse | | 37 |
| Rowing | 36 | 38 |
| Sailing | | 14 |
| Soccer | 27 | 25 |
| Softball | | 21 |
| Squash | | 11 |
| Swimming and Diving (combined) | 27 | 26 |
|     Swimming | 24 | 22 |
|     Diving | 3 | 4 |
| Synchronized Swimming | | 13 |
| Tennis | 13 | 9 |

| | | |
|---|---|---|
| Track and Field (Indoor) | 39 | 39 |
| Volleyball | 16 | 17 |
| Water Polo | 22 | 17 |
| Wrestling | 29 | |
| Other Sports | | 29 |
| **Total Participants Men's and Women's Teams** | 430 | 409 |

### Coed Teams

| Varsity Teams | # Men | # Women |
|---|---|---|
| Sailing | 9 | 14 |
| **Total Participants Coed Teams** | 9 | 14 |

| Grand Total Participants | Men | Women |
|---|---|---|
| **Grand Total Participants** | 439 | 423 |
| **Unduplicated Count of Participants**<br>(This is a head count. If an individual participates on more than one team, count that individual only once on this line.) | 416 | 391 |

**Caveat:**
(For each men's or women's team that includes opposite sex participants, specify the number of male and the number of female students on that team in this caveat box. This does not apply for coed teams. Additionally, provide any other clarifying information here.)

- For men's rowing, 29 male students and 7 female students.
- Women's lightweight rowing is included under "Other Sports."
- Men's and Women's Outdoor Track and Field did not compete in 2019-2020 due to COVID-19.

If you save the data on this screen, then return to the screen to make changes, please note you must re-save every screen because the survey system has to recalculate the totals.

## Head Coaches - Men's Teams

For each men's team, indicate whether the head coach is male or female, was assigned to the team on a full-time or part-time basis, and whether the coach was employed by the institution on a full-time basis or on a part-time or volunteer basis, by entering a 1 in the appropriate field.
The Swimming and Diving (combined) fields allow up to 2 head coaches. The Track and Field and Cross Country (combined) fields allow up to 3.

| Varsity Teams | **Male Head Coaches** | | | | **Female Head Coaches** | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Total Head Coaches |
| Baseball | 1 | | 1 | | | | | | 1 |
| Basketball | 1 | | 1 | | | | | | 1 |
| Cross Country | | 1 | 1 | | | | | | 1 |
| Fencing | | 1 | 1 | | | | | | 1 |
| Football | 1 | | 1 | | | | | | 1 |
| Golf | 1 | | 1 | | | | | | 1 |
| Gymnastics | 1 | | 1 | | | | | | 1 |
| Rowing | 1 | | 1 | | | | | | 1 |
| Soccer | 1 | | 1 | | | | | | 1 |
| Swimming and Diving (combined) | 1 | 1 | 2 | | | | | | 2 |
| Tennis | 1 | | 1 | | | | | | 1 |
| Track and Field (Indoor) | | 1 | 1 | | | | | | 1 |
| Volleyball | 1 | | 1 | | | | | | 1 |
| Water Polo | 1 | | 1 | | | | | | 1 |
| Wrestling | 1 | | 1 | | | | | | 1 |
| **Coaching Position Totals** | 12 | 4 | 16 | 0 | 0 | 0 | 0 | 0 | 16 |

CAVEAT

## Head Coaches - Women's Teams

For each women's team, indicate whether the head coach is male or female, was assigned to the team on a full-time or part-time basis, and whether the coach was employed by the institution on a full-time basis or on a part-time or volunteer basis, by entering a 1 in the appropriate field.

The Swimming and Diving (combined) fields allow up to 2 head coaches. The Track and Field and Cross Country (combined) fields allow up to 3.

| Varsity Teams | Male Head Coaches | | | | Female Head Coaches | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Total Head Coaches |
| Basketball | | | | | 1 | | 1 | | 1 |
| Beach Volleyball | 1 | | 1 | | | | | | |
| Cross Country | | 1 | 1 | | | | | | |
| Fencing | | | | | | 1 | 1 | | |
| Field Hockey | | | | | 1 | | 1 | | 1 |
| Golf | | | | | 1 | | 1 | | 1 |
| Gymnastics | | | | | 1 | | 1 | | 1 |
| Lacrosse | | | | | 1 | | 1 | | 1 |
| Rowing | 1 | | 1 | | | | | | 1 |
| Sailing | | 1 | 1 | | | | | | |
| Soccer | 1 | | 1 | | | | | | 1 |
| Softball | | | | | 1 | | 1 | | |
| Squash | 1 | | 1 | | | | | | 1 |
| Swimming and Diving (combined) | 1 | 1 | 2 | | | | | | 2 |
| Synchronized Swimming | | | | | 1 | | 1 | | 1 |
| Tennis | | | | | 1 | | 1 | | 1 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Track and Field (Indoor) | | 1 | 1 | | | | | | 1 |
| Volleyball | 1 | | 1 | | | | | | 1 |
| Water Polo | 1 | | 1 | | | | | | 1 |
| Other Sports | | | | | 1 | | 1 | | 1 |
| **Coaching Position Totals** | 7 | 4 | 11 | 0 | 9 | 1 | 10 | 0 | 21 |

CAVEAT

## Head Coaches - Coed Teams

For each coed team, indicate whether the head coach is male or female, was assigned to the team on a full-time or part-time basis, and whether the coach was employed by the institution on a full-time basis or on a part-time or volunteer basis, by entering a 1 in the appropriate field.

The Swimming and Diving (combined) fields allow up to 2 head coaches. The Track and Field and Cross Country (combined) fields allow up to 3.

| | Male Head Coaches | | | | Female Head Coaches | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Varsity Teams | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Total Head Coaches |
| Sailing | | 1 | 1 | | | | | | 1 |
| **Coaching Position Totals** | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |

CAVEAT

# Head Coaches' Salaries - Men's, Women's and Coed Teams

Enter only salaries and bonuses that your institution pays head coaches as compensation for coaching. Do not include benefits on this screen.
Do not include volunteer coaches in calculating the average salary and the Full-Time Equivalent (FTE) Total.
For help calculating the FTE total click on the Instructions link on this screen.

| | Men's Teams | Women's Teams | Coed Teams |
|---|---|---|---|
| Average Annual Institutional Salary per Head Coaching Position (for coaching duties only) | 694,816 | 244,776 | 72,315 |
| Number of Head Coaching Positions Used to Calculate the Average | 16 | 21 | 1 |
| Number of Volunteer Head Coaching Positions (Do not include these coaches in your salary or FTE calculations.) | 0 | 0 | 0 |
| Average Annual Institutional Salary per Full-time equivalent (FTE) | 823,485 | 285,572 | 144,630 |
| Sum of Full-Time Equivalent (FTE) Positions Used to Calculate the Average | 13.50 | 18.00 | 0.50 |

CAVEAT

## Assistant Coaches - Men's Teams

For each men's team, indicate whether the assistant coach is male or female, was assigned to the team on a full-time or part-time basis, and whether the coach was employed by the institution on a full-time basis or on a part-time or volunteer basis, by entering a 1 in the appropriate field.

| Varsity Teams | **Male Assistant Coaches** | | | | **Female Assistant Coaches** | | | | Total Assistant Coaches |
|---|---|---|---|---|---|---|---|---|---|
| | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | |
| Baseball | 2 | 1 | 2 | 1 | | | | | 3 |
| Basketball | 3 | | 3 | | | | | | 3 |
| Cross Country | | 1 | 1 | | | | | | 1 |
| Fencing | | 1 | 1 | | | | | | 1 |
| Football | 10 | | 10 | | | | | | 10 |
| Golf | 1 | | 1 | | | | | | 1 |
| Gymnastics | 2 | 1 | 2 | 1 | | | | | 3 |
| Rowing | 1 | 1 | 1 | 1 | | 1 | | 1 | 3 |
| Soccer | 2 | 1 | 2 | 1 | | | | | 3 |
| Swimming and Diving (combined) | 1 | 3 | 2 | 2 | | | | | 4 |
| Tennis | 1 | 1 | 1 | 1 | | | | | 2 |
| Track and Field, Indoor | | 3 | 3 | | | 4 | 1 | 3 | 7 |
| Volleyball | 2 | | 2 | | | | | | 2 |
| Water Polo | 1 | 2 | 1 | 2 | | | | | 3 |
| Wrestling | 2 | 1 | 2 | 1 | | | | | 3 |
| Coaching Position Totals | 28 | 16 | 34 | 10 | 0 | 5 | 1 | 4 | 49 |

CAVEAT

## Assistant Coaches - Women's Teams

For each women's team, indicate whether the assistant coach is male or female, was assigned to the team on a full-time or part-time basis, and whether the coach was employed by the institution on a full-time basis or on a part-time or volunteer basis, by entering a 1 in the appropriate field.

| Varsity Teams | Male: Assigned to Team on a Full-Time Basis | Male: Assigned to Team on a Part-Time Basis | Male: Full-Time Institution Employee | Male: Part-Time Institution Employee or Volunteer | Female: Assigned to Team on a Full-Time Basis | Female: Assigned to Team on a Part-Time Basis | Female: Full-Time Institution Employee | Female: Part-Time Institution Employee or Volunteer | Total Assistant Coaches |
|---|---|---|---|---|---|---|---|---|---|
| Basketball |  |  |  |  | 3 |  | 3 |  | 3 |
| Beach Volleyball |  |  |  |  | 1 | 1 | 1 | 1 | 2 |
| Cross Country |  | 1 | 1 |  |  |  |  |  | 1 |
| Fencing |  | 2 | 1 | 1 |  |  |  |  | 2 |
| Field Hockey | 2 |  | 2 |  |  |  |  |  | 2 |
| Golf |  |  |  |  | 1 | 1 | 1 | 1 | 2 |
| Gymnastics | 1 | 1 | 1 | 1 | 1 |  | 1 |  | 3 |
| Lacrosse |  |  |  |  | 2 |  | 2 |  | 2 |
| Rowing |  |  |  |  | 2 |  | 2 |  | 2 |
| Sailing |  | 2 | 2 |  |  |  |  |  | 2 |
| Soccer | 1 | 1 | 1 | 1 | 1 |  | 1 |  | 3 |
| Softball |  |  |  |  | 2 | 1 | 2 | 1 | 3 |
| Squash | 1 |  | 1 |  |  |  |  |  | 1 |
| Swimming and Diving (combined) |  | 2 |  | 2 | 1 |  | 1 |  | 3 |
| Synchronized Swimming |  |  |  |  | 1 | 1 | 1 | 1 | 2 |
| Tennis | 1 |  | 1 |  |  | 1 |  | 1 | 2 |
| Track and Field (Indoor) |  | 3 | 3 |  | 4 |  | 1 | 3 | 7 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Volleyball | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 4 |
| Water Polo | | 2 | 1 | 1 | 1 | | 1 | | 3 |
| Other Sports | | | | | 1 | 1 | 1 | 1 | 2 |
| Coaching Position Totals | 7 | 15 | 15 | 7 | 18 | 11 | 19 | 10 | 51 |

CAVEAT

# Assistant Coaches - Coed Teams

**For each coed team, indicate whether the assistant coach is male or female, was assigned to the team on a full-time or part-time basis, and whether the coach was employed by the institution on a full-time basis or on a part-time or volunteer basis, by entering a 1 in the appropriate field.**

|  | Male Assistant Coaches | | | | Female Assistant Coaches | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Varsity Teams | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Assigned to Team on a Full-Time Basis | Assigned to Team on a Part-Time Basis | Full-Time Institution Employee | Part-Time Institution Employee or Volunteer | Total Assistant Coaches |
| Sailing |  | 2 | 2 |  |  |  |  |  | 2 |
| Coaching Position Totals | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |

CAVEAT

# Assistant Coaches' Salaries - Men's, Women's and Coed Teams

Enter only salaries and bonuses that your institution pays assistant coaches as compensation for coaching. Do not include benefits on this screen.
Do not include volunteer coaches in calculating the average salary and the Full-Time Equivalent (FTE) Total.
For help calculating the FTE total click on the Instructions link on this screen.

| | Men's Teams | Women's Teams | Coed Teams |
|---|---|---|---|
| Average Annual Institutional Salary per Assistant Coaching Position (for coaching duties only) | 181,913 | 76,753 | 30,884 |
| Number of Assistant Coaching Positions Used to Calculate the Average | 35 | 34 | 2 |
| Number of Volunteer Assistant Coaching Positions (Do not include these coaches in your salary or FTE calculations.) | 14 | 17 | 0 |
| Average Annual Institutional Salary per Full-time equivalent (FTE) | 205,386 | 89,986 | 61,769 |
| Sum of Full-Time Equivalent (FTE) Positions Used to Calculate the Average | 31.00 | 29.00 | 1.00 |

CAVEAT

## Athletically Related Student Aid - Men's, Women's and Coed Teams

Athletically related student aid is any scholarship, grant, or other form of financial assistance, offered by an institution, the terms of which require the recipient to participate in a program of intercollegiate athletics at the institution. Other student aid, of which a student-athlete simply happens to be the recipient, is not athletically related student aid. If you do not have any aid to report, enter a 0.

| | Men's Teams | Women's Teams | Coed Teams | Total |
|---|---|---|---|---|
| Amount of Aid | 12,888,172 | 12,051,598 | 0 | 24,939,770 |
| Ratio (percent) | 52 | 48 | 0 | 100% |

CAVEAT

## Recruiting Expenses - Men's, Women's and Coed Teams

Recruiting expenses are all expenses an institution incurs attributable to recruiting activities. This includes, but is not limited to, expenses for lodging, meals, telephone use, and transportation (including vehicles used for recruiting purposes) for both recruits and personnel engaged in recruiting, and other expenses for official and unofficial visits, and all other expenses related to recruiting. If you do not have any recruiting expenses to report, enter a 0.

|  | Men's Teams | Women's Teams | Coed Teams | Total |
|---|---|---|---|---|
| Total | 770,738 | 266,677 | 441 | 1,037,856 |

CAVEAT

# Operating (Game-Day) Expenses - Men's, Women's and Coed Teams by Team

Operating expenses are all expenses an institution incurs attributable to home, away, and neutral-site intercollegiate athletic contests (commonly known as "game-day expenses"), for (A) Lodging, meals, transportation, uniforms, and equipment for coaches, team members, support staff (including, but not limited to team managers and trainers), and others; and (B) Officials.

For a sport with a men's team and a women's team that have a combined budget, click here for special instructions.
Report actual numbers, not budgeted or estimated numbers. Please do not round beyond the next dollar.

| Varsity Teams | Participants | Men's Teams — Operating Expenses per Participant | By Team | Participants | Women's Teams — Operating Expenses per Participant | By Team | Total Operating Expenses |
|---|---|---|---|---|---|---|---|
| Basketball | 15 | 56,113 | 841,699 | 15 | 43,676 | 655,135 | 1,496,834 |
| Football | 102 | 28,088 | 2,864,934 | | | | 2,864,934 |
| Baseball | 35 | 4,247 | 148,639 | | | | 148,639 |
| Beach Volleyball | | | | 15 | 3,497 | 52,454 | 52,454 |
| Cross Country | 24 | 2,263 | 54,314 | 18 | 3,017 | 54,314 | 108,628 |
| Fencing | 14 | 2,846 | 39,847 | 15 | 2,656 | 39,847 | 79,694 |
| Field Hockey | | | | 23 | 9,676 | 222,559 | 222,559 |
| Golf | 9 | 21,937 | 197,437 | 10 | 8,045 | 80,453 | 277,890 |
| Gymnastics | 22 | 2,616 | 57,553 | 17 | 6,451 | 109,660 | 167,213 |
| Lacrosse | | | | 37 | 4,892 | 181,008 | 181,008 |
| Rowing | 36 | 894 | 32,196 | 38 | 1,752 | 66,590 | 98,786 |
| Sailing | | | | 14 | 4,808 | 67,318 | 67,318 |
| Soccer | 27 | 6,611 | 178,498 | 25 | 9,994 | 249,841 | 428,339 |
| Softball | | | | 21 | 6,172 | 129,607 | 129,607 |
| Squash | | | | 11 | 7,376 | 81,134 | 81,134 |
| Swimming and Diving (combined) | 27 | 4,015 | 108,417 | 26 | 7,116 | 185,011 | 293,428 |
| Synchronized Swimming | | | | 13 | 4,617 | 60,021 | 60,021 |

| | Participants | Operating Expenses per Participant | By Team | Participants | Operating Expenses per Participant | By Team | Total Operating Expenses |
|---|---|---|---|---|---|---|---|
| Tennis | 13 | 8,654 | 112,508 | 9 | 18,285 | 164,569 | 277,077 |
| Track and Field (Indoor) | 39 | 3,152 | 122,910 | 39 | 3,152 | 122,910 | 245,820 |
| Volleyball | 16 | 6,886 | 110,175 | 17 | 26,773 | 455,136 | 565,311 |
| Water Polo | 22 | 5,777 | 127,096 | 17 | 3,075 | 52,280 | 179,376 |
| Wrestling | 29 | 4,664 | 135,245 | | | | 135,245 |
| Other Sports | | | | 29 | 3,981 | 115,450 | 115,450 |
| **Total Operating Expenses Men's and Women's Teams** | 430 | | 5,131,468 | 409 | | 3,145,297 | 8,276,765 |

### Coed Teams

#### Men        Women

| Varsity Teams | Participants | Operating Expenses per Participant | By Team | Participants | Operating Expenses per Participant | By Team | Total Operating Expenses |
|---|---|---|---|---|---|---|---|
| Sailing | 9 | 2,927 | 26,342 | 14 | 2,927 | 40,976 | 67,318 |
| **Total Operating Expenses of Coed Teams** | 9 | | 26,342 | 14 | | 40,976 | 67,318 |

### Grand Total Operating Expenses

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Grand Total Operating Expenses** | 439 | | 5,157,810 | 423 | | 3,186,273 | 8,344,083 |

CAVEAT

Note: This screen is for game-day expenses only.

## Total Expenses - Men's, Women's and Coed Teams

Enter all expenses attributable to intercollegiate athletic activities. This includes appearance guarantees and options, athletically related student aid, contract services, equipment, fundraising activities, operating expenses, promotional activities, recruiting expenses, salaries and benefits, supplies, travel, and any other expenses attributable to intercollegiate athletic activities.

Report actual numbers, not budgeted or estimated numbers. Please do not round beyond the next dollar.

| Varsity Teams | Men's Teams | Women's Teams | Total |
|---|---|---|---|
| Basketball | 6,480,368 | 5,625,822 | 12,106,190 |
| Football | 27,738,893 | | 27,738,893 |
| Baseball | 2,403,773 | | 2,403,773 |
| Beach Volleyball | | 592,989 | 592,989 |
| Cross Country | 884,597 | 884,597 | 1,769,194 |
| Fencing | 130,686 | 130,686 | 261,372 |
| Field Hockey | | 1,433,165 | 1,433,165 |
| Golf | 1,086,972 | 1,137,811 | 2,224,783 |
| Gymnastics | 989,183 | 1,561,419 | 2,550,602 |
| Lacrosse | | 1,505,347 | 1,505,347 |
| Rowing | 635,371 | 1,970,618 | 2,605,989 |
| Sailing | | 255,027 | 255,027 |
| Soccer | 1,743,455 | 2,136,269 | 3,879,724 |
| Softball | | 1,876,578 | 1,876,578 |
| Squash | | 361,586 | 361,586 |
| Swimming and Diving (combined) | 1,249,777 | 1,821,756 | 3,071,533 |
| Synchronized Swimming | | 255,902 | 255,902 |
| Tennis | 838,054 | 1,139,761 | 1,977,815 |
| Track and Field (Indoor) | 884,597 | 884,597 | 1,769,194 |

| | | | |
|---|---|---|---|
| Volleyball | 776,166 | 2,389,596 | 3,165,762 |
| Water Polo | 939,349 | 966,440 | 1,905,789 |
| Wrestling | 927,761 | | 927,761 |
| Other Sports | | 388,259 | 388,259 |
| Total Expenses of all Sports, Except Football and Basketball,Combined (Men's and Women's Teams) | 13,489,741 | 21,692,403 | 35,182,144 |
| **Total Expenses Men's and Women's Teams** | 47,709,002 | 27,318,225 | 75,027,227 |

### Coed Teams

| Varsity Teams | Amount Allocated to Men | Amount Allocated to Women | Total |
|---|---|---|---|
| Sailing | 99,793 | 155,234 | 255,027 |
| **Total Expenses Coed Teams** | 99,793 | 155,234 | 255,027 |

### Grand Total Expenses

| | | | |
|---|---|---|---|
| Total Expenses Men's, Women's and Coed Teams | 47,808,795 | 27,473,459 | 75,282,254 |
| Not Allocated by Gender/Sport (Expenses not attributable to a particular sport or sports) | | | 58,340,371 |
| **Grand Total Expenses** | | | 133,622,625 |

CAVEAT

## Total Revenues - Men's, Women's and Coed Teams

Your total revenues must cover your total expenses.
Enter all revenues attributable to intercollegiate athletic activities. This includes revenues from appearance guarantees and options, an athletic conference, tournament or bowl games, concessions, contributions from alumni and others, institutional support, program advertising and sales, radio and television, royalties, signage and other sponsorships, sport camps, state or other government support, student activity fees, ticket and luxury box sales, and any other revenues attributable to intercollegiate athletic activities.
Report actual numbers, not budgeted or estimated numbers. Please do not round beyond the next dollar.

| Varsity Team | Men's Teams | Women's Teams | Total |
|---|---|---|---|
| Basketball | 7,768,928 | 2,365,008 | 10,133,936 |
| Football | 40,933,017 | | 40,933,017 |
| Baseball | 659,024 | | 659,024 |
| Beach Volleyball | | 69,335 | 69,335 |
| Cross Country | 118,007 | 118,007 | 236,014 |
| Fencing | 140,277 | 140,277 | 280,554 |
| Field Hockey | | 178,670 | 178,670 |
| Golf | 554,826 | 405,971 | 960,797 |
| Gymnastics | 178,360 | 168,886 | 347,246 |
| Lacrosse | | 113,944 | 113,944 |
| Rowing | 424,354 | 158,929 | 583,283 |
| Sailing | | 71,836 | 71,836 |
| Soccer | 339,515 | 459,603 | 799,118 |
| Softball | | 200,383 | 200,383 |
| Squash | | 303,984 | 303,984 |
| Swimming and Diving (combined) | 304,365 | 272,852 | 577,217 |
| Synchronized Swimming | | 100,000 | 100,000 |
| Tennis | 481,623 | 226,005 | 707,628 |

| | | | |
|---|---|---|---|
| Track and Field (Indoor) | 256,559 | 256,559 | 513,118 |
| Volleyball | 123,732 | 738,666 | 862,398 |
| Water Polo | 364,101 | 304,944 | 669,045 |
| Wrestling | 157,054 | | 157,054 |
| Other Sports | | 161,811 | 161,811 |
| Total Revenues of all Sports, Except Football and Basketball, Combined (Men's and Women's Teams) | 4,101,797 | 4,450,662 | 8,552,459 |
| **Total Revenues Men's and Women's Teams** | 52,803,742 | 6,815,670 | 59,619,412 |

### Coed Teams

| Varsity Team | Amount Allocated to Men | Amount Allocated to Women | Total |
|---|---|---|---|
| Sailing | 28,110 | 43,726 | 71,836 |
| **Total Revenues Coed Teams** | 28,110 | 43,726 | 71,836 |

### Grand Total Revenues

| | | | |
|---|---|---|---|
| Total Revenues Men's, Women's and Coed Teams | 52,831,852 | 6,859,396 | 59,691,248 |
| Not Allocated by Gender/Sport (Revenues not attributable to a particular sport or sports) | | | 73,931,377 ✓ |
| Grand Total Revenues for all Teams (includes by team and not allocated by gender/sport) | | | 133,622,625 |

CAVEAT

4/8/2021

# Summary - Men's, Women's and Coed Teams

**Your Grand Total Revenues must be equal to or greater than your Grand Total Expenses or you will not be able to lock your survey.**

|  |  | Men's Teams | Women's Teams | Coed Teams | Total |
|---|---|---|---|---|---|
| 1 | Total of Head Coaches' Salaries | 11,117,056 | 5,140,296 | 72,315 | 16,329,667 |
| 2 | Total of Assistant Coaches' Salaries | 6,366,955 | 2,609,602 | 61,768 | 9,038,325 |
| 3 | Total Salaries (Lines 1+2) | 17,484,011 | 7,749,898 | 134,083 | 25,367,992 |
| 4 | Athletically Related Student Aid | 12,888,172 | 12,051,598 | 0 | 24,939,770 |
| 5 | Recruiting Expenses | 770,738 | 266,677 | 441 | 1,037,856 |
| 6 | Operating (Game-Day) Expenses | 5,131,468 | 3,145,297 | 67,318 | 8,344,083 |
| 7 | Summary of Subset Expenses (Lines 3+4+5+6) | 36,274,389 | 23,213,470 | 201,842 | 59,689,701 |
| 8 | Total Expenses for Teams | 47,709,002 | 27,318,225 | 255,027 | 75,282,254 |
| 9 | Total Expenses for Teams Minus Subset Expenses (Line 8 − Line 7) | 11,434,613 | 4,104,755 | 53,185 | 15,592,553 |
| 10 | Not Allocated Expenses |  |  |  | 58,340,371 |
| 11 | Grand Total Expenses (Lines 8+10) |  |  |  | 133,622,625 |
| 12 | Total Revenues for Teams | 52,803,742 | 6,815,670 | 71,836 | 59,691,248 |
| 13 | Not Allocated Revenues |  |  |  | 73,931,377 |
| 14 | Grand Total Revenues (Lines 12+13) |  |  |  | 133,622,625 |
| 15 | Total Revenues for Teams minus Total Expenses for Teams (Line 12-Line 8) | 5,094,740 | -20,502,555 | -183,191 | -15,591,006 |
| 16 | Grand Total Revenues Minus Grand Total Expenses (Line 14- Line 11) |  |  |  | 0 |

To return to a data entry screen, click on the link in the Navigation Menu.
To proceed to the Supplemental Information screen, click on the link in the Navigation Menu or click on the "Next" button on this screen.

## Supplemental Information (optional)

**This screen may be used to help the reader better understand the data you have provided, or to help a prospective student-athlete make an informed choice of an athletics program.**
**This information will be viewable on the EADA public website. Please do not include the names of individuals or write messages to the help desk.**
**To explain specific data entered on a previous screen, please use the caveat box on that screen.**