# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LIANA KEESING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND J. STANFORD UNIVERSITY,<br><br>Defendant. | Case No. 21-cv-03555-BLF<br><br>**ORDER TERMINATING MOTION TO RELATE CASES AS MOOT**<br><br>[Re: ECF 9] |

On May 17, 2021 Plaintiffs filed an administrative motion to relate this case to *Guden et al. v. The Board of Trustees of The Leland Stanford University, aka Stanford University*, Case No. 5:21-cv-03559-BLF ("Guden case"). *See* Mot., ECF 9. The Guden case, which was also assigned to this Court, was dismissed on May 20, 2021. Accordingly, the Court terminates this motion as moot.

**IT IS SO ORDERED.**

Dated: May 26, 2021

_____
BETH LABSON FREEMAN
United States District Judge